### 15575.  CENTRAL OF GEORGIA RAILWAY CO. v. MARTIN.

BROYLES, C. J.  1.  The petition set forth a cause of action and the general demurrer was properly overruled.

2.  When the two excerpts from the charge, as complained of in the motion for a new trial, are considered in connection with the entire charge and the facts of the case, no material error appears.

3. Under all the facts of the case it was a question for the jury whether the alleged acts of the defendant's negligence were the proximate cause of the plaintiff's injuries. See, in this connection, *Georgia Ry. &c. Co.* v. *McAllister,* 126 *Ga.* 447 (54 S. E. 957, 7 L. R. A. (N. S.) 1177) ; *Georgia Ry. &c. Co.* v. *Norris,* 135 *Ga.* 838, 845 (70 S. E. 793).

4. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Damages; from Baldwin superior court—Judge Park. April 5, 1924.

*Allen & Pottle, T. M. Cunningham,* for plaintiff in error.

*A. L. Henson, Sibley & Sibley,* contra.